**Beverly M. JOUETT, Appellant,**

v.

**Velma JOUETT, Appellee.**

Court of Appeals of Kentucky.

Oct. 21, 1960.

William G. Reed, Carrollton, for appellant.

John G. Wright, Warsaw, for appellee.

PER CURIAM.

Beverly M. Jouett has moved for an appeal from an order rendered in favor of Velma Jouett concerning the collection of alimony and attorney fee in a divorce proceeding. The record and briefs have been examined and considered and no error has been found.

The motion for an appeal is overruled and the judgment stands affirmed.